UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

STARO ASSET MANAGEMENT, LLC, )
)
Plaintiff, )
) Civil Action No. 02-886
v. )
)
HARRY J. SOOSE, )
)
Defendant. )

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1), the parties to the above-captioned action stipulate that the action is **DISMISSED WITH PREJUDICE** pursuant to settlement. Each party shall bear his or its own costs.

Dated: December 15, 2006

*[signature]*
Bernard D. Marcus (PA Bar I.D. 01293)
Moira E. Cain-Mannix (PA Bar I.D. 81131)
**MARCUS & SHAPIRA LLP**
One Oxford Centre, 35th Floor
301 Grant Street
Pittsburgh, PA 15219-6401
Tel: (412) 471-3490
Fax: (412) 391-8758
*Local Counsel for Plaintiff*

Sherrie R. Savett (PA Bar I.D. 17646)
Arthur Stock (PA Bar I.D. 64336)
Casey M. Preston (PA Bar I.D. 86508)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
*Counsel for Staro Asset Management, LLC*

*[signature]*

Charles A. De Monaco
Kimberly L. Haddox
**DICKIE, McCAMEY & CHILCOTE, P.C.**
Two PPG Place, Suite 400
Pittsburgh, PA 15222-5402
Tel: (412) 281-7272
Fax: (412) 392-5367
*Counsel for Defendant Harry J. Soose*